In the Matter of the Application of THE MAYOR, ALDERMEN AND COMMONALTY OF THE CITY OF NEW YORK, Relative to Acquiring Title to Lands Required for the Opening and Widening of Elm Street.

JOHN B. COLE et al., Appellants; THE CITY OF NEW YORK, Respondent.

*Matter of Mayor, etc., of N. Y. (Elm St.),* 92 App. Div. 622, affirmed.
(Argued June 2, 1904; decided June 17, 1904.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered April 8, 1904, which affirmed an order of Special Term confirming the report of the commissioners of estimate and assessment in the above-entitled proceeding.

*Joel J. Squier* and *James A. Deering* for appellants.

*John J. Delany,* Corporation Counsel (*Theodore Connoly, John P. Dunn* and *Thomas C. Blake* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ.